ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave.,
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOANG MINH LE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHINO HILLS PROMENADE ASSOCIATES, a business organization form unknown; TNSG RESTAURANTS, INC, a California corporation;<br><br>　　　　Defendants. | Case No.: 5:22-cv-00223-JWH-SHK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>[Assigned to Hon. John W. Holcomb] |

**PLEASE TAKE NOTICE** that Plaintiff Hoang Minh Le ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revelant part:

(a) **Voluntary Dismissal.**

   (1) By the Plaintiff.

      (A)   *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants TNSG RESTAURANTS, INC., A California corporation and/or owner of the Property CHINO HILLS PROMENADE ASSOCIATES, a business organization form unknown (collectively, "Defendants") have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendants may be dismissed with prejudice and without an Order of the Court.

                                       ASCENSION LAW GROUP, PC

DATE: August 1, 2022

                                             /s/ Pamela Tsao
                                      Pamela Tsao, attorney for Plaintiff
                                               Hoang Minh Le